**UNITED STATES DISTRICT COURT**
**for the**
**Western District of North Carolina**

A.P., A MINOR, BY AND THROUGH HIS PARENT AND NEXT FRIEND, JESSICA MARTIN, AND JESSICA MARTIN, INDIVIDUALLY,

*Plaintiff*

**v.**

CHARLOTTE-MECKLENBURG BOARD OF EDUCATION d/b/a CHARLOTTE-MECKLENBURG SCHOOLS,

*Defendant*

**Civil Action No.**

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
CHARLOTTE-MECKLENBURG BOARD OF EDUCATION d/b/a CHARLOTTE-MECKLENBURG SCHOOLS
4421 Stuart Andrew Blvd.
Charlotte, NC 28217

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Dana C. Lumsden, Esq.
SEYFARTH SHAW LLP
300 South Tryon Street, Suite 400
Charlotte, North Carolina 28202
dlumsden@seyfarth.com

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))***

**This summon for *(name of individual and title, if any)***
**____________________________________**
**was received by me on *(date)* ____________________________________.**

❑ **I personally served the summons on the defendant at**
***(place)*________________________________________________________________________**
**on *(date)* _________________________________; or**

❑ **I left the summons at the individual's residence or usual place of abode with *(name)***
**__________________________________________, a person of suitable age and discretion who resides there, on *(date)* _______________________, and mailed a copy to the individual's last known address; or**

❑ **I served the summons on *(name of individual)* ________________________________________, who is designated by law to accept service of process on behalf of *(name of organization)***
**______________________ on *(date)* ______________________; or**

❑ **I returned the summons unexecuted because ____________________________________; or**

❑ **Other *(specify)*:**
**______________________________________________________________________**

**My fees are $ _________________ for travel and $ __________________ for services, for a total of $___________________.**

**I declare under penalty of perjury that this information is true.**

**Date:_________________________** **____________________________________________**
**Server's signature**

**____________________________________________**
**Printed name and title**

**____________________________________________**
**Server's address**

**Additional information regarding attempted service, etc:**